LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CAMBRIA ILYNN STEWART, ) | No: 8:23-cv-00776 PD |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED AND FIFTY DOLLLARS AND 00/100 ($5,150.00) and zero costs ($0.00), subject to the terms of the stipulation.

*PATRICIA DONAHUE*

DATE: Nov. 6, 2023    _____

                               HON. PATRICIA DONAHUE
                               UNITED STATES MAGISTRATE JUDGE